UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DINO GEORGE,<br><br>    Defendant. | Case No. CR23-101 JLR<br><br>DETENTION ORDER |

Mr. George is charged with one count of depredation of government property, 18 U.S.C. § 1361. The Court held a detention hearing on July 6, 2023, pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. The Government came forth with sufficient information to support a finding that Mr. George presents a serious risk of flight.

2. Mr. George stipulated to detention.

3. Upon advice of counsel, Mr. George declined to be interviewed by Pretrial Services. Therefore, there is limited information available about him.

4. Mr. George poses a risk of nonappearance due to a history of multiple recorded

DETENTION ORDER - 1

failures to appear, 14 warrants, and charges for absconding. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. George's appearance at future court hearings.

IT IS THEREFORE ORDERED:

(1) Mr. George shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. George shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. George is confined shall deliver him to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. George, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 6th day of July, 2023.

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 2