The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br> v.<br><br>DINO GEORGE,<br><br>       Defendant. | NO. 23-101 JLR<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONTINUE THE TRIAL AND PRETRIAL MOTIONS DATE |

   This matter comes before the Court on defendant Dino George's Unopposed Motion to Continue the Trial and Pretrial Motions Due Date. Having reviewed the relevant record, considered the motion, and given the limited nature of the request, the Court finds that the circumstances are as set forth in the defendant's Motion to Continue the Trial and Pretrial Motions Due Date.  The defendant has waived his right to a speedy and public trial under the Sixth Amendment of the United States Constitution, and the Speedy Trial Act 18 U.S.C. § 3161.

MICHELE SHAW, P.S.
Attorney at Law
2125 Western Ave., #330
Seattle, WA 98121
Bus (206) 448-9612
Fax (206) 319-5473

It is hereby ordered that the trial is set for November 1, 2023; pretrial motions are due by September 21, 2023. The period from the date of this order through November 1, 2023 will be excluded from the calculation of the speedy trial expiration date.

Done this 1st day of August, 2023

_____
JAMES L. ROBART
United States District Judge

Presented by:

_____
Michele Shaw, WSBA #19561
Attorney for Mr. George

**MICHELE SHAW, P.S.**
Attorney at Law
2125 Western Ave., #330
Seattle, WA 98121
Bus (206) 448-9612
Fax (206) 319-5473